UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KENNETH M. WETTERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:16-CV-686-PPS-MGG |
| ) | |
| LIAW, CORIZON HEALTH SERVICES, ) | |
| SAULSGIVER, AND ) | |
| DR. A.J. SHAHADA, ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER

Kenneth M. Wetterman, a prisoner without a lawyer, filed another amended complaint (ECF 27) which is nearly identical to his previous (ECF 15) one. The only significant change is that he is now seeking punitive damages in addition to compensatory damages. This one edit does not change my substantive analysis of his claims. So for the reasons previously explained in my prior order (ECF 16), the Court:

(1) **GRANTS** Kenneth Wetterman leave to proceed against Nurse Saulsgiver in her individual capacity for compensatory and punitive damages for delaying medical treatment of his knee injury between October 24, 2014, and June 3, 2015, in violation of the Eighth Amendment;

(2) **GRANTS** Kenneth Wetterman leave to proceed against Dr. Laiw in his individual capacity for compensatory and punitive damages for delaying medical treatment of his knee injury between November 12, 2014, and June 3, 2015, in violation of the Eighth Amendment;

(3) **GRANTS** Kenneth Wetterman leave to proceed against Dr. A.J. Shahada in his individual capacity for compensatory and punitive damages for decreasing his pain medication on October 15, 2015, in violation of the Eighth Amendment;

(4) **GRANTS** Kenneth Wetterman leave to proceed against Corizon Health Services for compensatory and punitive damages for its policy or practice of denying diagnostic imaging of, and delaying treatment for, orthopaedic injuries in violation of the Eighth Amendment; and

(5) **DISMISSES** all other claims.

**SO ORDERED**.

ENTERED: October 24, 2017

/s Philip P. Simon
Judge
United States District Court